# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 17-11502
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

January 30, 2019

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

STEPHEN CHRISTOPHER PLUNKETT,

Defendant-Appellant

Appeals from the United States District Court
for the Northern District of Texas
USDC No. 3:14-CR-239-1

Before HIGGINBOTHAM, ELROD, and DUNCAN, Circuit Judge.

PER CURIAM:[*]

Stephen Christopher Plunkett pleaded guilty to two counts of bank robbery. He was sentenced within the guidelines range to 114 months of imprisonment and three years of supervised release.

On appeal, he challenges the district court's application of a six-level enhancement to his guidelines range under U.S.S.G. § 2B3.1(b)(2), which applies to robbery offenses where "a firearm was otherwise used." We perceive

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-11502

no clear error in the district court's finding that Plunkett "otherwise used" a firearm during the course of the March 25, 2014 robbery, which he admitted committing. § 2B3.1(b)(2)(B); *see United States v. Coleman*, 609 F.3d 699, 708 (5th Cir. 2010); *United States v. Jefferson*, 258 F.3d 405, 413 (5th Cir. 2001).

The judgment is AFFIRMED.